DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROCHELLE SILVER,**
Appellant,

v.

**BLAIR W. DIMITRO,**
Appellee.

No. 4D2023-1773

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502016DR009066.

Craig A. Boudreau, West Palm Beach, for appellant.

Curt Sanchez and Nicole Nicolette Mace of the Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***